UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YOMAR CORTEZ VILLASANA,         )          No. C12-05837 SBA
                 Plaintiff,     )
                                )          ORDER DISMISSING ACTION
      vs.                       )
                                )
CARL EDWARD KOPREK,             )
                                )
                 Defendant.     )
                                )
_____ )

        The Court having been notified of the settlement of

this action, and it appearing that no issue remains for the

Court's determination,

        IT IS HEREBY ORDERED THAT this action and all claims

asserted herein are DISMISSED with prejudice.  In the event

that the settlement is not reached, any party may move to

reopen the case and the trial will be rescheduled, provided

that such motion is filed within 60 days of this order.  All

scheduled dates, including the trial and pretrial dates, are

VACATED.

        IT IS SO ORDERED.

DATED: 1/18/13

_____
        SAUNDRA BROWN ARMSTRONG
        United States District Judge

1    UNITED STATES DISTRICT COURT
     FOR THE
2    NORTHERN DISTRICT OF CALIFORNIA

3

4    YOMAR CORTEZ VILLASANA,                    Case Number: CV12-05837 SBA

5                   Plaintiff,                   **CERTIFICATE OF SERVICE**

6           v.

7    CARL EDWARD KOPREK et al,

8                   Defendant.
                                        /

9

10   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
     District Court, Northern District of California.

11   That on January 18, 2013, I SERVED a true and correct copy(ies) of the attached, by placing
     said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
12   depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
     delivery receptacle located in the Clerk's office.

13

14

15

16   Yomar Cortez Villasana
     183 Del Medio Avenue
17   Mountain View, CA 94040

18   Dated: January 18, 2013

19                                              Richard W. Wieking, Clerk
                                                By: Lisa Clark, Deputy Clerk

20

21

22

23

24

25

26

27

28                                      2