MELINDA HAAG (SBN 132612)
United States Attorney
ALEX TSE (SBN 152348)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7264
    Facsimile:  (415) 436-6748
    Email:  abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YOMAR CORTEZ VILLASANA, | No. C 12-5837 SBA |
| Plaintiff, | |
| v. | DISMISSAL WITH PREJUDICE AND ORDER |
| CARL EDWARD KOPREK, | |
| Defendant. | |

    Pursuant to the Settlement Agreement and Release entered into between the parties in the above-captioned matter, the parties hereby stipulate and agree to dismiss this cause and action with prejudice.

IT IS SO STIPULATED:

DATED: April 1, 2013

                                                  MELINDA HAAG
                                                United States Attorney

  /s/ Yomar Cortez                /s/ Abraham A. Simmons
YOMAR CORTEZ VILLASANA    ABRAHAM A. SIMMONS
Plaintiff, pro per                          Assistant United States Attorney
                                                Attorney for Defendant

**ORDER**

    IT IS SO ORDERED.

Dated: _4/3/13

                                                HON. SAUNDRA BROWN ARMSTRONG
                                                United States District Judge

1 UNITED STATES DISTRICT COURT
  FOR THE
2 NORTHERN DISTRICT OF CALIFORNIA

3

4 YOMAR CORTEZ VILLASANA,

                                                    Case Number: CV12-05837 SBA
           Plaintiff,
5                                                   **CERTIFICATE OF SERVICE**

6    v.

7 CARL EDWARD KOPREK et al,

           Defendant.
8 _____/

9

10 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11 That on April 3, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
12 said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

15

16 Yomar Cortez Villasana
   183 Del Medio Avenue
   Mountain View, CA 94040
17
   Dated: April 3, 2013
18                                                  Richard W. Wieking, Clerk
                                                    By: Lisa Clark, Deputy Clerk
19

20

21

22

23

24

25

26

27

28

Settlement Agreement and Release
No. C 12-5837 SBA                              2