| | |
|---|---|
| 1 | MELINDA HAAG (SBN 132612)<br>United States Attorney |
| 2 | ALEX TSE (SBN 152348)<br>Chief, Civil Division |
| 3 | ABRAHAM A. SIMMONS (SBN 146400)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, 9th Floor<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7264 |
| 6 | Facsimile: (415) 436-6748<br>Email: abraham.simmons@usdoj.gov |
| 7 | Attorneys for Federal Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| YOMAR CORTEZ VILLASANA, | ) No. C 12-5837 SBA |
|---|---|
| Plaintiff, | ) |
| v. | ) DISMISSAL WITH PREJUDICE AND |
| CARL EDWARD KOPREK, | ) ORDER |
| Defendant. | ) |

Pursuant to the Settlement Agreement and Release entered into between the parties in the above-captioned matter, the parties hereby stipulate and agree to dismiss this cause and action with prejudice.

IT IS SO STIPULATED:

DATED: April 1, 2013

MELINDA HAAG
United States Attorney

/s/ Yomar Cortez  
YOMAR CORTEZ VILLASANA
Plaintiff, pro per

/s/ Abraham A. Simmons  
ABRAHAM A. SIMMONS
Assistant United States Attorney
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: _4/3/13

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA | |
| YOMAR CORTEZ VILLASANA,<br>       Plaintiff,<br>  v.<br>CARL EDWARD KOPREK et al,<br>       Defendant. | Case Number: CV12-05837 SBA<br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Yomar Cortez Villasana
183 Del Medio Avenue
Mountain View, CA 94040

Dated: April 3, 2013

                                       Richard W. Wieking, Clerk
                                       By: Lisa Clark, Deputy Clerk